No. 78–6140. MORGAN *v.* GEORGIA, 441 U. S. 967. Petition for rehearing denied. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, MR. JUSTICE MARSHALL, and MR. JUSTICE STEVENS dissent.

DECEMBER 3, 1979

No. 79–324. ESTATE OF W. T. GRANT CO. *v.* LEWIS, COMPTROLLER OF FLORIDA, ET AL. Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question.

No. 79–597. WEBBER ET AL. *v.* CITY OF SACRAMENTO ET AL. Appeal from Sup. Ct. Cal. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 79–623. EISENBERG *v.* EISENBERG. Appeal from Ct. App. Wis. dismissed for want of substantial federal question.

No. 79–173. KENTUCKY *v.* WELLS. Ct. App. Ky. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Kentucky* v. *Whorton,* 441 U. S. 786 (1979).

No. A–377 (79–121). UNITED STATES *v.* HENRY. C. A. 4th Cir. [Certiorari granted, *ante,* p. 824.] Application for release of respondent pending disposition of the writ of certiorari, addressed to MR. JUSTICE BRENNAN and referred to the Court, denied.